UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Janet S. Baer | Hearing Date | May 18, 2015 |
| Bankruptcy Case | 15 B 03889 | Adversary No. | |
| Title of Case | Toni D Perkins | | |

Brief Statement of Motion: Court's Motion to Dismiss for Failure to Pay Filing Fee's

Names and Addresses of moving counsel:

Representing:

## ORDER

IT IS HEREBY ORDERED, Final payment is due on or before 6/12/15;

Continued Status is set for 6/22/15 at 10:00 a.m. before Judge Baer in courtroom 615.

JUDGE JANET S. BAER
UNITED STATE BANKRUPTCY COURT